1

2

3

4

5

6   UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

8   UNITED STATES OF AMERICA,

9                    Plaintiff,                    CASE NO. CR10-5723 BHS

10          v.                                      ORDER DENYING
DEFENDANT'S MOTION AS
11   RODOLFO LOPEZ-CUPA,                            PREMATURE

12                    Defendant.

13

14          This matter comes before the Court on Defendant Fabian Mendez's ("Mendez")

15   motion for reduction of sentence (Dkt. 227).

16          On August 27, 2012, the Court sentenced Mendez to the mandatory minimum of

17   120 months of imprisonment.  Dkt. 196.  On June 6, 2014, Mendez filed a motion for

18   reduction of sentence under 18 U.S.C. § 3582(c)(2).  Dkt. 227.

19          In this case, Mendez's motion is premature.  Mendez argues that Congress has

20   reduced the mandatory minimum for his crimes to 60 months of imprisonment and,

21   therefore, his sentence should be reduced accordingly.  However, "[t]he language of the

22   sentencing statute prevents [a court] from applying an amendment without authorization,

1  express or implied from the Sentencing Commission." *United States v. Torres-Gonzalez*,

2  834 F.Supp. 550, 553 (D. Puerto Rico 1993).  Although Mendez expects the Sentencing

3  Commission to retroactively apply the reduction, the Court is without authority to reduce

4  Mendez's sentence until the Sentencing Commission acts on the retroactivity of the

5  reduction.  Therefore, the Court **DENIES without prejudice** Mendez's motion because

6  the motion is premature.

7       The Court also informs Mendez that it will normally deny a motion filed by a

8  party when the party is represented by counsel.  While Mendez may file civil motions to

9  set aside or correct his sentence, Mendez is still represented by counsel in this criminal

10  case.  If the Sentencing Commission ultimately decides that the reduced mandatory

11  minimum may be applied retroactively, then Mendez shall contact his attorney **before**

12  filing a motion to reduce his sentence.

13       **IT IS SO ORDERED.**

14       Dated this 10th day of July, 2014.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER - 2